United States District Court
Southern District of Texas

**ENTERED**

July 19, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF SOUTHERN TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 4:14cr00204 |
| | : | |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| LEONARD KIBERT | : | |
| DEFENDANT | : | |

### [PROPOSED] ORDER

On this 14th day of July 2016, the Court considered the Motion to Appear Telephonically. The motion is hereby GRANTED / DENIED. If, however, the telephonic hearing is not helpful, the Court will order a subsequent hearing so the Silvermans may appear in person.

Judge Presiding

Keith. P. Ellison
U.S. District Judge